# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2013

Robert P. Young, Jr.,
Chief Justice

146212

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
              Plaintiff-Appellee,

v                                                                 SC:  146212
                                                                  COA:  304875
                                                                  Saginaw CC:  10-034923-FH
JAMES EARLY HARRIS, JR.,
              Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the September 27, 2012
judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue
whether the evidence was sufficient to sustain the defendant's conviction of extortion.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2013

_____
Clerk

p0320